**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KRISTEN SHEA, INDIVIDUALLY, and TYLER SHEA, PPA KRISTEN SHEA, | : : : | CIVIL ACTION NO. 3:21-CV-00673-JCH |
| Plaintiffs, | : : | |
| v. | : : | |
| CHATERAM SIEUNARINE and CHET TRANSPORT, LLC, | : : : | |
| Defendants. | : | MAY 13, 2022 |

**MOTION TO DETERMINE SUFFICIENCY OF DEFENDANTS' RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION OF FACT AND REQUEST FOR ADMISSION OF DOCUMENT**

The plaintiffs, Kristen and Tyler Shea, respectfully request, pursuant to Fed. R. Civ. P. 36(a)(6), that the Court determine the sufficiency of the defendants' responses to several requests for admission of facts and their response to a request for admission of document. Despite bona fide efforts on the part of counsel for the parties to resolve disagreements over the defendants' responses, counsel has been unable to arrive at an agreement. The plaintiffs therefore ask that the Court determine the sufficiency of the Defendants' Responses to Plaintiffs' First Request for Admission of Fact dated May 6, 2022

(attached as Exhibit A to the accompanying Memorandum of Law) Nos. 2, 3, 4, 5, 6, 7, 8, 10, and 12, and the Defendants' Responses to Plaintiff's First Request for Admission of Document dated May 6, 2022 (attached as Exhibit B to the accompanying Memorandum of Law) No. 1.

As set forth more fully in the accompanying memorandum of law, the defendants should be compelled to admit, deny or revise their responses to the aforementioned requests.

THE PLAINTIFFS

By: _____
KEVIN C. SHEA ct13781
Clendenen & Shea, LLC
400 Orange Street
New Haven, Connecticut  06511
203/787-1183

CERTIFICATION:

This is to certify that a copy of the foregoing was emailed or mailed postage prepaid to the following on May 13, 2022:

Mathew W. Beckwith
Melick & Porter, LLP
900 Main Street South
Southbury, CT 06488

_____
CLENDENEN & SHEA, LLC