# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTEN SHEA, INDIVIDUALLY, and TYLER SHEA, PPA KRISTEN SHEA, : : | CIVIL ACTION NO. 3:21-CV-00673-JCH |
| Plaintiffs, : : | |
| v. : : | |
| CHATERAM SIEUNARINE and CHET TRANSPORT, LLC, : : : | |
| Defendants. : | MAY 6, 2022 |

### DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR ADMISSION OF DOCUMENT

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Defendants, Chateram Sieunarine and Chet Transport, LLC, hereby responds and objects to Plaintiff's First Request for Admission of Document as follows:

### Responses and Specific Objections

1. Gonzalo Truck Parts & Repair Invoice #92650 dated 2/5/2019, a copy of which is attached hereto as Exhibit A.

**ANSWER: The Defendants are unable to admit, deny, or respond to this request, as this request does not propound a proper and/or complete request in regards to the referenced document.**

**MELICK & PORTER, LLP**

By /s/ *Mathew W. Beckwith*
Mathew W. Beckwith
*Attorneys for Defendants*
900 Main Street South
Southbury, CT 06488
Tel: (202) 596-0500
mbeckwith@melicklaw.com

2