# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTEN SHEA, INDIVIDUALLY, and TYLER SHEA, PPA KRISTEN SHEA, : | CIVIL ACTION NO. 3:21-CV-00673-JCH |
| Plaintiffs, : | |
| v. : | |
| CHATERAM SIEUNARINE and CHET TRANSPORT, LLC, : | |
| Defendants. : | APRIL 6, 2022 |

## PLAINTIFFS' FIRST REQUEST FOR ADMISSION OF FACT

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the plaintiffs, Kristen and Tyler Shea, hereby respectfully request that the defendants, Chateram Sieunarine and Chet Transportation, LLC ("Chet Transport") admit for the purpose of this action only, the truth of the following statements within (30) days of this Request:

1. On May 30, 2019 defendant Chet Transport was engaged in the business of interstate freight shipping, hauling and trucking.

**ADMIT/DENY**

2. Defendant Chet Transport is a motor carrier as defined under 49 C.F.R. §§ 390.5. *et seq.*

**ADMIT/DENY**

3. Defendant Chet's Freightliner commercial box truck that is the subject of this lawsuit is a commercial motor vehicle as defined by 49 U.S.C § 31101(1), 49 C.F.R. § 390.5 and 49 C.F.R § 383.5 *et seq.*

**ADMIT/DENY**

4. Defendant Chet and its employees, including but not limited to defendant Sieunarine, were subject to the requirements of 49 U.S.C. §§ 31136 *et seq.* as of May 30, 2019.

**ADMIT/DENY**

5. Defendant Chet and its employees, including but not limited to defendant Sieunarine, were subject to the Federal Motor Carrier Safety Regulations, 49 C.F.R. §§ 390.1 - 396.25, as of May 30, 2019.

**ADMIT/DENY**

6. Defendant Chet and its employees, including but not limited to defendant Sieunarine, were subject to Section 14-163(c) of the Connecticut General Statutes, and Regs. Conn. State Agencies §§ 14-163c-1 and 14-163c-2 as of May 30, 2019.

**ADMIT/DENY**

7. When defendants Chet Transport and Sieunarine operated the Freightliner commercial box truck that is the subject of this lawsuit in interstate commerce on May 30, 2019, they confirmed that its equipment, including, but not limited to, its axles, wheels, rims and tires, were in good working order as required by Federal Motor Carrier Regulations 49 C.F.R. 392.7 and Connecticut Safety Regulations §§ 14-163c-1 and 14-163c-2.

**ADMIT/DENY**

8. As of May 30, 2019, the defendants were required to inspect and maintain the Freightliner commercial box truck that is the subject of this lawsuit in a safe operating condition, pursuant to the Federal Motor Carrier Regulations 49 C.F.R. 392.7 *et seq.*, including but not limited to 49 C.F.R. 396.3, and Connecticut Safety Regulations §§ 14-163c-1 and 14-163c-2.

**ADMIT/DENY**

9. As of May 30, 2019 the defendants were in sole control of the inspection, maintenance and operation of the Freightliner commercial box truck that is the subject of this lawsuit.

**ADMIT/DENY**

10. Except for the document attached hereto as Exhibit A, the defendants have no records of any maintenance performed on the Freightliner commercial box truck that is the subject of this lawsuit for at least five years prior to May 30, 2019.

**ADMIT/DENY**

11. The defendants have no records of any inspections performed on the Freightliner commercial box truck that is the subject of this lawsuit for at least five years prior to May 30, 2019.

**ADMIT/DENY**

12. On May 30, 2019, at the time of the accident that is the subject of this lawsuit, defendant Sieunarine was operating defendant Chet Transport's Freightliner commercial box truck while it was not in safe operating condition, including but not limited to its axles, wheels, rims and/or tires, in violation of Section 14-98a of the Connecticut General Statutes.

**ADMIT/DENY**

THE PLAINTIFFS

By: _____
KEVIN C. SHEA ct13781
Clendenen & Shea, LLC
400 Orange Street
New Haven, Connecticut  06511
203/787-1183

5

CERTIFICATION:

This is to certify that a copy of the foregoing was emailed or mailed postage prepaid to the following on April 6, 2022:

Mathew W. Beckwith
Melick & Porter, LLP
900 Main Street South
Southbury, CT 06488

_____
CLENDENEN & SHEA, LLC

# EXHIBIT A

# Gonzalo Truck Parts & Repair

179A Broadway
Jersey City, NJ
07306
Tel.#: (201) 451-4009   FAX: (201) 451-4007

| CUSTOMER | VEHICLE | INVOICE ADMIN. |
|---|---|---|
| CHET TRANSPORT LLC.<br>CHATERAN SIEUNARINE<br>130 MORRIS AVE.<br>ENGLEWOOD, NJ 07631 | 1997 FREIGHTLINER FL106<br>Plate : AN109S<br>ODO : 0<br>V.I.N.: 833164<br>Unit #: | INV # : 92650<br>Date : 02/05/2019<br>Time : 11:23AM<br>PO # :<br>REG # : |
| B#:   H#:347 724-1238 | Engine: | Tech. : MARGIE/ |

| Qty | Hrs. | Description | Parts Ea. | Tot. Parts | Labour | Tx | Total | C |
|---|---|---|---|---|---|---|---|---|
| 1.00 | | LABOR OIL CHANGE AND GREASE | | | 80.00 | TX1 | 80.00 | |
| 1.00 | | FILTER<br>Part #: BF5810 | 10.00 | 10.00 | | TX1 | 10.00 | |
| 1.00 | | LUCAS OIL TREATMENT<br>Part #: 10002 | 30.00 | 30.00 | | TX1 | 30.00 | |
| 7.00 | | ROTELLA GL BULK | 12.00 | 84.00 | | TX1 | 84.00 | |
| 1.00 | | wheel seal 003 AND LABOR<br>Part #: 709 | 100.00 | 100.00 | | TX1 | 100.00 | |
| 4.00 | | STARTING FKD THRUST 11OZ AERO<br>Part #: M3815 | 3.50 | 14.00 | | TX1 | 14.00 | |
| 5.00 | | WHEEL BOLTS | 8.00 | 40.00 | | TX1 | 40.00 | |
| 1.00 | | TIGHTEN BOX CLAMPS (2) | | | 20.00 | TX1 | 20.00 | |
| 1.00 | | D-2 GOVERNOR<br>Part #: 170.275491 | 20.00 | 20.00 | | TX1 | 20.00 | |
| 1.00 | | SHELlzone antifreeze<br>Part #: 75723 | 10.00 | 10.00 | | TX1 | 10.00 | |

WO# 103694  02/05/2019 11:19AM                Copyright 2019 Autogence Inc. - LANKAR 10.0.2

## Please Be Advised There Is A Storage Fee of $100.00 Per Day After 24hrs of Work

AS THE OWNER, OR AGENT OF THE OWNER, I ACCEPT THE VEHICLE WITH THE UNDERSTANDING THAT THE ABOVE WORK HAS BEEN COMPLETED IN A PROPER MANNER AND AT AN ACCEPTABLE COST. I AGREE THAT THE ONLY WARRANTY IN REGARD TO THE ABOVE WORK IS PROVIDED BY THE MANUFACTURER OF THE PARTS USED AND THAT GONZALO TRUCK PARTS & REPAIR DOES NOT PROVIDE ANY WARRANTY, EXPRESS OR IMPLIED WHETHER FOR MERCHANTIBILITY, FITNESS FOR USE OR ANY OTHER PURPOSE. I AGREE THAT GONZALO TRUCK PARTS & REPAIR HAS NO LIABILITY OR RESPONSIBILITY FOR ANY LOSS OR DAMAGE TO THE VEHICLE OR ANY ITEMS ATTACHED TO, OR LEFT IN THE VEHICLE.

|  |  |  |
|---|---|---|
| Sub Tot. | 308.00   100.00 | 408.00 |
| | TX1 | 28.07 |
| | TX2 | 0.00 |
| | Deductible | 0.00 |
| | Total | 436.07 |

SIGNATURE: _____

PRINT NAME: _____

DATE: _____

Page 1 of 2



EXHIBIT A

# Gonzalo Truck Parts & Repair

179A Broadway
Jersey City, NJ
07306
Tel.#: (201) 451-4009   FAX: (201) 451-4007

| CUSTOMER | VEHICLE | INVOICE ADMIN. |
|---|---|---|
| CHET TRANSPORT LLC.<br>CHATERAN SIEUNARINE<br>130 MORRIS AVE.<br>ENGLEWOOD, NJ 07631 | 1997 FREIGHTLINER FL106<br>Plate : AN109S<br>ODO : 0<br>V.I.N.: 833164<br>Unit #: | INV # : 92650<br>Date : 02/05/2019<br>Time : 11:23AM<br>PO # :<br>REG # : |
| B#:   H#:347 724-1238 | Engine: | Tech. : MARGIE/ |

| Qty | Hrs. | Description | Parts Ea. | Tot.Parts | Labour | Tx | Total | C |
|---|---|---|---|---|---|---|---|---|

Completion.

PAID BY:...
02/05/2019   DebitCard   436.07

AS THE OWNER, OR AGENT OF THE OWNER, I ACCEPT THE VEHICLE WITH THE UNDERSTANDING THAT THE ABOVE WORK HAS BEEN COMPLETED IN A PROPER MANNER AND AT AN ACCEPTABLE COST. I AGREE THAT THE ONLY WARRANTY IN REGARD TO THE ABOVE WORK IS PROVIDED BY THE MANUFACTURER OF THE PARTS USED AND THAT GONZALO TRUCK PARTS & REPAIR DOES NOT PROVIDE ANY WARRANTY, EXPRESS OR IMPLIED WHETHER FOR MERCHANTIBILITY, FITNESS FOR USE OR ANY OTHER PURPOSE. I AGREE THAT GONZALO TRUCK PARTS & REPAIR HAS NO LIABILITY OR RESPONSIBILITY FOR ANY LOSS OR DAMAGE TO THE VEHICLE OR ANY ITEMS ATTACHED TO, OR LEFT IN THE VEHICLE.

|   | Sub Tot. | 308.00 | 100.00 | 408.00 |
|---|---|---|---|---|
|   |   | TX1 |   | 28.07 |
|   |   | TX2 |   | 0.00 |
|   |   | Deductible |   | 0.00 |
|   |   | Total |   | 436.07 |

SIGNATURE: _____

PRINT NAME: _____

DATE: _____

Page 2 of 2