# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTEN SHEA INDIVIDIDUALLY and TYLER SHEA, PPA KRISTEN SHEA<br>Plaintiffs, | : CIVIL ACTION NO.<br>: 3:21-CV-00673-JCH<br>:<br>: |
| CHATERAM SIEUNARINE and CHET TRANSPORT, LLC<br>Defendants. | :<br>:<br>: APRIL 6, 2022 |

**FIRST REQUEST FOR ADMISSION OF DOCUMENT**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the plaintiffs Kristen Shea and Tyler Shea ppa Kristen Shea request that the defendants Chateram Sieunarine and Chet Transport, LLC admit within thirty (30) days after the filing of this request for the purpose of this action only and subject to all pertinent objections to admissibility which may be interposed at trial, the genuineness of the following document:

1. Gonzalo Truck Parts & Repair Invoice #92650 dated 2/5/2019, a copy of which is attached hereto as Exhibit A.

**ADMIT/DENY**

THE PLAINTIFF

BY_____
KEVIN C. SHEA (ct13781)
Clendenen & Shea, LLC
400 Orange St.
New Haven, CT 06511
203/787-1183

**CERTIFICATION:**

This is to certify that a copy of the foregoing was mailed, postage prepaid and/or electronically delivered on April 6, 2022, to:

Matthew W. Beckwith, Esq.
Melick & Porter, LLC
900 Main Street South
Southbury CT 06488
Via email mbeckwith@melicklaw.com

CLENDENEN & SHEA, LLC

2

7

# EXHIBIT A

# Gonzalo Truck Parts & Repair

179A Broadway
Jersey City, NJ
07306
Tel.#: (201) 451-4009   FAX: (201) 451-4007

| CUSTOMER | VEHICLE | INVOICE ADMIN. |
|---|---|---|
| CHET TRANSPORT LLC.<br>CHATERAN SIEUNARINE<br>130 MORRIS AVE.<br>ENGLEWOOD, NJ 07631<br><br>B#:   H#:347 724-1238 | 1997 FREIGHTLINER FL106<br>Plate : AN109S<br>ODO   : 0<br>V.I.N.: 833164<br>Unit #:<br>Engine: | INV # : 92650<br>Date  : 02/05/2019<br>Time  : 11:23AM<br>PO #  :<br>REG # :<br>Tech. : MARGIE/ |

| Qty  | Hrs. | Description | Parts Ea. | Tot.Parts | Labour | Tx  | Total | C. |
|------|------|-------------|-----------|-----------|--------|-----|-------|----|
| 1.00 |      | LABOR OIL CHANGE AND GREASE |           |           | 80.00  | TX1 | 80.00 |    |
| 1.00 |      | FILTER<br>Part #: BF5810 | 10.00 | 10.00 |        | TX1 | 10.00 |    |
| 1.00 |      | LUCAS OIL TREATMENT<br>Part #: 10002 | 30.00 | 30.00 |        | TX1 | 30.00 |    |
| 7.00 |      | ROTELLA GL BULK | 12.00 | 84.00 |        | TX1 | 84.00 |    |
| 1.00 |      | wheel seal 003 AND LABOR<br>Part #: 709 | 100.00 | 100.00 |     | TX1 | 100.00 |    |
| 4.00 |      | STARTING FKD THRUST 11OZ AERO<br>Part #: M3815 | 3.50 | 14.00 |  | TX1 | 14.00 |    |
| 5.00 |      | WHEEL BOLTS | 8.00 | 40.00 |        | TX1 | 40.00 |    |
| 1.00 |      | TIGHTEN BOX CLAMPS (2) |  |  | 20.00 | TX1 | 20.00 |    |
| 1.00 |      | D-2 GOVERNOR<br>Part #: 170.275491 | 20.00 | 20.00 |    | TX1 | 20.00 |    |
| 1.00 |      | SHELlzone antifreeze<br>Part #: 75723 | 10.00 | 10.00 |  | TX1 | 10.00 |    |

WO# 103894  02/05/2019 11:19AM                           Copyright 2019 Autogence Inc. - LANKAR 10.0.2

## Please Be Advised There Is A Storage Fee of $100.00 Per Day After 24hrs of Work

AS THE OWNER, OR AGENT OF THE OWNER, I
ACCEPT THE VEHICLE WITH THE UNDERSTANDING
THAT THE ABOVE WORK HAS BEEN COMPLETED IN A
PROPER MANNER AND AT AN ACCEPTABLE COST. I
AGREE THAT THE ONLY WARRANTY IN REGARD TO
THE ABOVE WORK IS PROVIDED BY THE
MANUFACTURER OF THE PARTS USED AND THAT
GONZALO TRUCK PARTS & REPAIR DOES NOT
PROVIDE ANY WARRANTY, EXPRESS OR IMPLIED
WHETHER FOR MERCHANTIBILITY, FITNESS FOR
USE OR ANY OTHER PURPOSE. I AGREE THAT
GONZALO TRUCK PARTS & REPAIR HAS NO
LIABILITY OR RESPONSIBILITY FOR ANY LOSS OR
DAMAGE TO THE VEHICLE OR ANY ITEMS ATTACHED
TO, OR LEFT IN THE VEHICLE.

|  |  |  |
|---|---|---|
| Sub Tot. | 308.00   100.00 | 408.00 |
| TX1 |  | 28.07 |
| TX2 |  | 0.00 |
| Deductible |  | 0.00 |
| Total |  | 436.07 |

SIGNATURE: _____

PRINT NAME: _____

DATE: _____

Page
1 of 2

# EXHIBIT A

# Gonzalo Truck Parts & Repair

179A Broadway
Jersey City, NJ
07306
Tel.#: (201) 451-4009   FAX: (201) 451-4007

| CUSTOMER | VEHICLE | INVOICE ADMIN. |
|---|---|---|
| CHET TRANSPORT LLC. | 1997 FREIGHTLINER FL106 | INV # : 92650 |
| CHATERAN SIEUNARINE | Plate : AN109S | Date : 02/05/2019 |
| 130 MORRIS AVE. | ODO : 0 | Time : 11:23AM |
| ENGLEWOOD, NJ 07631 | V.I.N.: 833164 | PO # : |
| | Unit #: | REG # : |
| B#:   H#:347 724-1238 | Engine: | Tech. :MARGIE/ |

| Qty | Hrs. | Description | Parts Ea. | Tot.Parts | Labour | Tx | Total | C |
|---|---|---|---|---|---|---|---|---|

Completion.

PAID BY:...
02/05/2019   DebitCard   436.07

AS THE OWNER, OR AGENT OF THE OWNER, I ACCEPT THE VEHICLE WITH THE UNDERSTANDING THAT THE ABOVE WORK HAS BEEN COMPLETED IN A PROPER MANNER AND AT AN ACCEPTABLE COST. I AGREE THAT THE ONLY WARRANTY IN REGARD TO THE ABOVE WORK IS PROVIDED BY THE MANUFACTURER OF THE PARTS USED AND THAT GONZALO TRUCK PARTS & REPAIR DOES NOT PROVIDE ANY WARRANTY, EXPRESS OR IMPLIED WHETHER FOR MERCHANTIBILITY, FITNESS FOR USE OR ANY OTHER PURPOSE. I AGREE THAT GONZALO TRUCK PARTS & REPAIR HAS NO LIABILITY OR RESPONSIBILITY FOR ANY LOSS OR DAMAGE TO THE VEHICLE OR ANY ITEMS ATTACHED TO, OR LEFT IN THE VEHICLE.

|   |   |   |
|---|---|---|
| Sub Tot. | 308.00   100.00 | 408.00 |
| TX1 |  | 28.07 |
| TX2 |  | 0.00 |
| Deductible |  | 0.00 |
| Total |  | 436.07 |

SIGNATURE: _____

PRINT NAME: _____

DATE: _____

Page 2 of 2